IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>**STEWARD HEALTH CARE SYSTEM LLC,** *et al.*,<br><br>Debtors.[66] | § § § § § § § § | **Chapter 11**<br><br>**Case No. 24-90213 (CML)**<br><br>**(Jointly Administered)** |
| **MARK KRONFELD, Not Individually but Solely in His Capacity as Trustee of the SHC Creditor Litigation Trust**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**GENSET FIRE & SECURITY LLC,**<br><br>**Defendant.** | § § § § § § § § § § § § § § § | **Adv. Pro. No. 25-03574 (CML)** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

Angel Rivera, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

On November 18, 2025, deponent served a copy of the following:

    a. *Amended Complaint to (I) Avoid and Recover Avoidable Transfer(s) and (II) Disallow Claims* [Docket No. 4].

    b. *Summons* [Docket No. 6].

    c. *Second Amended Order Establishing Streamlined Procedures for the Prosecution and Resolution of Avoidance Claims* [Docket No. 6098, Lead Case 24-90213].

---

[66] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204.

upon each of the parties listed on the annexed service list by depositing a true copy of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York ("First-Class Mail").

/s/ Angel Rivera<br>Angel Rivera

Sworn to me before this
20th day of November 2025

/s/Hannah Fajardo
Hannah Fajardo
Notary Public, State of New York
No. 01FA6441994
Qualified in Bronx County
Commission Expires October 3, 2026

**SERVICE LIST**
(*via First Class Mail*)

GENSET FIRE & SECURITY LLC
ATTN: PRESIDENT/OWNER/GENERAL COUNSEL
3100 GATEWAY DR
POMPANO BEACH, FL 33069